## GIBSON V. WESTERN U. TEL. CO.

(Decided Feb. 4, 1909.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

BALLARD & THOMAS, for appellant. RUSHTON & COLEMAN, for appellee.

DOWDELL, J.—Plaintiff was entitled to recover only the price paid for sending the telegram. Affirmed.

HARALSON, SIMPSON and DENSON, JJ., concur.

---

## GRIFFIN V. COLLIER.

(Decided April 22, 1909.)

APPEAL from Tallapoosa Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for either party.

Per curiam. Affirmed on certificate for want of transcript.

---

## GULF COMPRESS CO. V. SYKES-TWEEDY & CO.

(Decided June 30, 1908. Rehearing denied Feb. 5, 1909.)

APPEAL from Morgan Chancery Court.

Heard before Hon. W. H. SIMPSON.

BROWN & KYLE, FITZHUGH, BIGGS & FITZHUGH, and CABANISS & BOWIE, for appellant. E. W. GODBEY, and CALLAHAN & HARRIS, for appellee.

MCCLELLAN, J.— Reversed and rendered on the authority of *Gulf Compress Co. v. Harris Cortner & Co.*, 158 Ala. 343; 48 South. 477.

TYSON, C. J., HARALSON, DOWDELL, SIMPSON, ANDERSON and DENSON, JJ., concur.

McCLELLAN, J., dissents.